

# Fourth Court of Appeals
## San Antonio, Texas

July 8, 2014

No. 04-14-00210-CR

Shanelle **COOKS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2008CR6210A
Honorable Maria Teresa Herr, Judge Presiding

# O R D E R

Appellant has filed a motion in this court in which she contends appellant's brief is not yet due because the appellate record is incomplete. More specifically, appellant contends the record is incomplete because the court reporter did not file the portion of the reporter's record requested by appellant — the hearing on the motion to revoke probation and sentencing hearing held in the 186th District Court on March 12, 2014. Rather, the court reporter prepared and filed the record from the plea entry hearing held on August 25, 2009.

We have reviewed appellant's request for preparation of the reporter's record, which was filed with the District Clerk on April 7, 2014, and find appellant did in fact request the record from the March 12, 2014 hearing on the motion to revoke probation and sentencing. However, the court reporter, Debbie Doolittle, did not file the requested portion of the record, but instead filed the record from the August 25, 2009 plea entry hearing, which was not requested by appellant.

Accordingly, we **GRANT** appellant's motion and **ORDER** the court reporter, Debbie Doolittle, to file in this court on or before July 28, 2014, the reporter's record from the March 12, 2014 hearing as requested by appellant in the request filed with the District Clerk on April 7, 2014. Because the appellate record is incomplete, appellant's brief is not yet due. Appellant's brief will be due thirty days after the date the remaining portion of the reporter's record is filed.

We **order** the clerk of this court to serve a copy of this order on all counsel and the court reporter.

_Marialyn Barnard_
Marialyn Barnard, Justice

      IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of July, 2014.



_Keith E. Hottle_
Keith E. Hottle
Clerk of Court